AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia



Daniel H. Tolbert

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 5:18-cv-36

Johnson et al

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of the Court entered on April 15, 2020, the Report and Recommendation of the Magistrate Judge is hereby ADOPTED as the opinion of the Court. The Court DENIES Plaintiff in forma pauperis status on appeal. Judgment of dismissal is hereby entered and this case stands dismissed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE

Date: April 17, 2020

John E. Triplett, Acting Clerk
Clerk

(By) Deputy Clerk

GAS Rev 10/1/03